Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Gubbay, J.), imposed July 15, 2015, upon his plea of guilty, on the ground that the sentence was excessive.
 

 Ordered that the sentence is affirmed.
 

 The defendant’s purported waiver of his right to appeal was invalid (see People v Chambers, 142 AD3d 672 [2016]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (see People v Suitte, 90 AD2d 80 [1982]).
 

 Eng, P.J., Dillon, Miller, Hinds-Radix and Iannacci, JJ., concur.